PROB 12C
(7/93)

Report Date: May 22, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 22 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Elias Bustos Espana        Case Number: 2:08CR02052-001 &
                                                          2:08CR02053-001

Address of Offender: '

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 2/11/2009

Original Offense:  2:08CR02052-001
                   Cts. 1-3: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)
                   Cts. 4-6: Unlawful Sale of a Firearm, 18 U.S.C. § 922(d)

                   2:08CR02053-001
                   Cts. 1-4: Distribution of a Controlled Substance, 21 U.S.C. §841(a)(1)

Original Sentence: Prison - 48 Months              Type of Supervision: Supervised Release
                   TSR - 36 Months

Asst. U.S. Attorney: Alison L. Gregoire            Date Supervision Commenced: 11/1/2011

Defense Attorney:    Alison Klare Guernsey         Date Supervision Expires: 10/31/2014

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on December 13, 2012 and April 19, 2013.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

5                       **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

                        **Supporting Evidence**: Mr. Espana failed to be present at his reported residence as directed on May 16, 2013.

                        On May 16, 2013, Mr. Espana reported to the probation office and met with another U.S. probation officer during this officer's absence. Mr. Espana was advised this officer would be conducting a home visit on this same date and was directed to go home and wait for this officer to arrive. Mr. Espana stated he would be at home waiting for this officer. The home visit was conducted at 7:05 p.m. at which time Mr. Espana failed to be present at home as directed.

Prob12C
Re: Espana, Elias Bustos
May 22, 2013
Page 2

    6      **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

          **Supporting Evidence**: Mr. Espana failed to notify his probation officer of a change of residence as of May 16, 2013.

          On May 16, 2013, Mr. Espana submitted a monthly report form indicating his address was , Washington, and he lived with his mother and brother. On this same date, a home visit was conducted, at which time this officer met with an adult male who indicated Mr. Espana has not been residing at this address. The adult male stated Mr. Espana has been staying either with friends or his girlfriend. Mr. Espana has yet to report a change of address as of this date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 22, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

5/22/13
Date