PROB 12C
(7/93)

Report Date:  October 8, 2014

# United States District Court

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2014

SEAN F. MCAVOY, CLERK

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Elias Bustos Espana                Case Number: 0980 2:08CR02053-EFS-1

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 11, 2009

| | | |
|---|---|---|
| Original Offense: | Cts: 1-3: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| | Cts: 4-6: Unlawful Sale of a Firearm, 18 U.S.C. § 922(d) | |
| Original Sentence: | Prison 48 months | Type of Supervision: Supervised Release |
| | TSR - 36 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: April 3, 2014 |
| Defense Attorney: | Alison Klare Guernsey | Date Supervision Expires: January 31, 2015 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Espana tested positive for marijuana and cocaine on September 30, 2014.

On September 30, 2014, Mr. Espana submitted to a urinalysis test which returned presumptive positive for the presence of marijuana and cocaine using the MP Rapid Test device.  Mr. Espana was confronted regarding the positive drug test to which he adamantly denied any illegal drug use.  The defendant was given an admission/denial form to which he initialed and signed denying the use of a prohibited substance.  Mr. Espana was advised he could address this issue by seeking treatment.  Mr. Espana elected to get the results first as

he stated he believed the MP Rapid Test device could be faulty.  Later this same date, Mr. Espana called and stated he could benefit from inpatient treatment.  He was instructed to go back to Triumph Treatment Services (Triumph) and request help in getting into an inpatient program.

On October 3, 2014, Alere Toxicology Services confirmed Mr. Espana's urine specimen collected on September 30, 2014, returned positive for the presence of marijuana and cocaine.

2        **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Espana failed to seek drug and alcohol treatment at Triumph as directed by his probation officer as of October 7, 2014.

On September 30, 2014, Mr. Espana called this officer and reported he needed help for his drug problem.  The defendant was directed to return to Triumph to be re-evaluated for substance abuse treatment.  We also discussed him going into inpatient drug and alcohol treatment to which he appeared willing to participate.  According to staff at Triumph, Mr. Espana had not reported as directed for services as of October 7, 2014.

3        **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**: Mr. Espana has failed to be gainfully employed as of September 30, 2014.

On September 9, 2014, Mr. Espana reported to the probation office and advised he had been fired from Alexandria Moulding on September 6, 2014, for returning late to his station after lunch.  Mr. Esapana was advised this officer had emailed Shields recommending he be hired.  On September 30, 2014, Mr. Espana reported to the probation office and he was still unemployed.  The defendant further stated he had not applied at Shields, because he would rather look for job as a hyster driver at a local apple warehouse.

Prob12C
**Re: Espana, Elias Bustos**
**October 8, 2014**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 8, 2014
_____

s/Jose Zepeda
_____

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[XX]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

_____
Signature of Judicial Officer

October 8, 2014
_____
Date